DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MEHRDAD SHAHGODARY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-502

[November 3, 2022]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Michael Mirman, Judge; L.T. Case No. 56-2018-CF-001875 A.

Merhad Shahgodary, Indiantown, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jeanine M. Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***